AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia ▼

| | |
|---|---|
| MEINEKE FRANCHISOR SPV LLC, as successor-in-interest to MEINEKE CAR CARE CENTERS, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> JEFFREY THWEATT, ANTHONY K. OWENS, REBA OWENS, and ADRIAN K. OWENS <br><br> *Defendant(s)* | Civil Action No. 1:21-cv-2551 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ANTHONY K. OWENS
3183 PINTO DRIVE
POWDER SPRINGS, GA 30127

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MEREDITH WATTS, ESQ.
CAIOLA & ROSE
125 CLAIREMONT AVENUE
SUITE 240
DECATUR, GA 30030

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JAMES N. HATTEN
*CLERK OF COURT*

Date: 6/24/2021                                         s/Beverly Creech

                                                         *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) Anthony K Owens
was received by me on (date) 6/25/21 .

☒ I personally served the summons on the individual at (place) 4330 Jonesboro Rd
Forest Park, GA 30297 on (date) 6/28/21 ; or

☐ I left the summons at the individual's residence or usual place of abode with (name)
_____, a person of suitable age and discretion who resides there,
on (date) _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on (name of individual) _____, who is
designated by law to accept service of process on behalf of (name of organization)
_____ on (date) _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 7-1-21

*Server's signature*

Michael Rivers - Process Server
*Printed name and title*

ATLANTA LEGAL SERVICES, INC.
3301 Buckeye Road, Suite 303
Atlanta, GA 30341
404-876-8098
*Server's address*

Additional information regarding attempted service, etc: